IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL B. WOOLMAN, | ) | 4:13CV3036 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WARD OF LANCASTER | ) | |
| COUNTY, MICHAEL DOWD, | ) | |
| STATE FARM, and JUDY M. | ) | |
| WOOLMAN, as Guardianship & | ) | |
| Conservatorship, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On June 25, 2013, the court conducted an initial review of Plaintiff's Complaint. (Filing No. 10.) The court determined that, "[e]ven when liberally construed, Plaintiff's Complaint raises no claims and makes no allegations against Defendants." (*Id.* at CM/ECF p. 2.) On the court's own motion, it gave Plaintiff 30 days in which to amend his Complaint to clearly state a claim upon which relief may be granted. (*Id.* at CM/ECF p. 3.) On July 24, 2013, on Plaintiff's motion, the court extended the time in which Plaintiff had to file an amended complaint.

    Plaintiff filed an Amended Complaint on August 21, 2013. (Filing No. 13.) Even when liberally construed, Plaintiff's Amended Complaint raises no claims and makes no allegations against Defendants. For this reason, and for the reasons set forth in the court's June 25, 2013, Memorandum and Order, this matter is dismissed.

    IT IS THEREFORE ORDERED that:

    1.    This matter is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 11th day of October, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.