IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL B. WOOLMAN, | ) | 4:13CV3036 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WARD OF LANCASTER | ) | |
| COUNTY, MICHAEL DOWD, | ) | |
| STATE FARM, and JUDY M. | ) | |
| WOOLMAN, as Guardianship & | ) | |
| Conservatorship, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis, and two miscellaneous motions. (Filing Nos. 17, 18, and 22.) On October 11, 2013, the court dismissed Plaintiff's claims without prejudice and entered judgment against him. (Filing Nos. 14 and 15.) On October 22, 2013, Plaintiff filed a Notice of Appeal of the court's Judgment. (Filing No. 21.) Plaintiff is not a prisoner and has previously been granted leave to proceed in forma pauperis in this matter. (Filing No. 9.)

As set forth in Federal Rule of Appellate Procedure 24(a)(3):

> (a) Leave to Proceed in Forma Pauperis ....
>
> (3) Prior Approval. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless . . . the district court—before or after the notice of appeal is filed— certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding . . .

The court finds that because Plaintiff proceeded in forma pauperis in the district court, he may now "proceed on appeal in forma pauperis without further authorization."

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 22) is granted.

2. Plaintiff's two miscellaneous motions filed on October 22, 2013 (Filing Nos. 17 and 18), are denied because they are frivolous and nonsensical.

3. The Clerk of the court shall provide the Court of Appeals with a copy of this Memorandum and Order.

DATED this 28th day of October, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.